# IN THE SUPREME COURT OF THE STATE OF NEVADA

RENARD TRUMAN POLK,
                    Appellant,
vs.
THE STATE OF NEVADA BOARD OF
PRISON COMMISSIONERS; THE
STATE OF NEVADA DEPARTMENT
OF CORRECTIONS; ELY STATE
PRISON; LOVELOCK CORRECTIONAL
CENTER; ACCESS CORRECTIONS;
RENEE BAKER; ROBERT LEGRAND,
WARDEN; HAROLD BYRNE;
QUIENTIN BYRNE; PATRICK
CONMAY; KELLY BELANGER; AND
TARA CARPENTER,
                    Respondents.

No. 70601



FILED

APR 11 2017

## ORDER DISMISSING APPEAL

This is a pro se appeal from an order dismissing a petition for judicial review. Seventh Judicial District Court, White Pine County; Steve L. Dobrescu, Judge.

This appeal was docketed in this court on June 20, 2016. On that date, the clerk of this court issued a notice to appellant regarding the deadlines for filing documents. Appellant failed to file any required documents. On February 13, 2017, this court entered an order directing appellant, within 15 days, to file and serve the docketing statement and the opening brief. We cautioned appellant that failure to comply timely with our order could result in the imposition of sanctions, including dismissal of this appeal. *See* NRAP 14(c); NRAP 31(d). Appellant filed the docketing statement on February 21, 2017, but to date has not filed the

17-11936

informal opening brief or a brief that complies with NRAP 28. We conclude that appellant has abandoned this appeal, and we

ORDER this appeal DISMISSED.

_____, J.
Douglas

_____, J.
Gibbons

_____, J.
Pickering

cc:     Hon. Steve L. Dobrescu, District Judge
        Renard Truman Polk
        Attorney General/Carson City
        White Pine County Clerk